# NO. 12-08-00498-CR
# NO. 12-08-00499-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TERESA DIANE NICHOLSON,*<br>*APPELLANT* | § | *APPEALS FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 2 OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss these appeals. The motion is signed by Appellant and her counsel. No decision having been delivered by this court, the motion is granted, and the appeals are dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion delivered January 14, 2009.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)